UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20252

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS MANUEL URRA MONTERO,
    Defendant.

### EXPEDITED UNOPPOSED MOTION TO VISIT DEFENDANT

Counsel hereby files this Expedited Unopposed Motion to Visit Defendant and in support thereof states as follows:

1. The Defendant was arrested on or about September 15, 2020, and was detained at the Miami Federal Detention Center (MFDC)

2. His detention hearing was held on November 2, 2020, before the Honorable John J. O'Sullivan.

3. At the conclusion of the detention hearing, Judge O'Sullivan entered an order detaining the Defendant prior to his trial. DE 13

4. In paragraph five (5), subsection (b) of the order, Judge O'Sullivan directs, "That the Defendant be afforded reasonable opportunity for consultation with counsel."

5. Due to the Covid-19 pandemic, defense attorneys have been limited in their legal visits with their clients at MFDC.  Defense attorneys have to send an e-mail to MFDC legal liaison and request either a telephone call or a legal visit with the client.  Legal liaison then replies with the date and time the telephone call or legal visit is scheduled with the client.

6. Ordinarily, legal visits are held in the main visitation room.

7. On Monday, March 22, 2021, Counsel requested a legal visit with the Defendant. On March 25, 2021, legal liaison replied and informed Counsel that the visit was scheduled for March 29, 2021, and also informed that the Defendant was in the secure housing unit (SHU).

8. However, the legal visitation room in the SHU is roughly eight feet wide by six feet long. Counsel and the inmate are separated by a partition and there is a metal door that is locked once Counsel is inside. It can only be opened by a guard.

9. Once the legal visit is concluded, lawyers have to ring a bell and wait for the guard to come back to open the door. As Counsel was once told by a guard, "I'll come back to get you when I can."

10. Counsel is claustrophobic and cannot be in a locked, confined space. As such, a legal visit in the SHU cannot be done.

11. On April 19, 2021, Counsel once again requested a legal visit with the Defendant. That same day Counsel was informed that the Defendant was still in the SHU.

12. Counsel needs to meet with the Defendant and would ask that the Defendant be allowed to receive his legal visits in the main visitation room. In addition, Counsel would make himself available at any time that MFDC could accommodate the request.

13. Counsel conferred with Assistant United States Attorney, Lindsay Lazopoulos Friedman about this motion. ASUA Lazopoulos Friedman stated that she had no objection.

14. Lastly, an expedited ruling on this motion is requested before the close of business, April 28, 2021, so that Counsel can enter MFDC with the Court's order and visit the Defendant.

WHEREFORE, undersigned Counsel moves this Honorable Court enter its Order granting this motion.

Respectfully submitted,

OMAR A. LOPEZ, P.A.
848 Brickell Avenue
Suite 800
Miami, FL 33131
T: 305.789.4430
F: 305.503.9521
Email: omar@omarlopezlaw.com

By: Omar A. Lopez
Omar A. Lopez, Esquire
Florida Bar No. 017870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was on this 27th day of April 2021, furnished to all interested parties via the CF/ECF filing system.

Omar A. Lopez
Omar A. Lopez, Esq.