UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20252

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LUIS MANUEL URRA MONTERO,
    Defendant.
_____/

**ORDER ON EXPEDITED UNOPPOSED MOTION TO VISIT DEFENDANT**

THIS CAUSE came before me upon Counsel's Expedited Unopposed Motion to Visit Defendant, the Court having reviewed the motion and being otherwise fully advised on its premises, it is hereby

ORDERED and ADJUDGED that Counsel, Omar A. Lopez, be permitted to visit the Defendant at the Miami Federal Detention Center in the general visitation room.

DONE and ORDERED in Chamber in Miami Dade County, Florida, on this _____ day of April 2021.

_____
US District Court Judge