**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-20252-CR-COOKE**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**LUIS URRA MONTERO,**

    Defendant(s).

_____/

**ORDER CONTINUING JURY TRIAL AND CALENDAR CALL**

THIS CAUSE having come before this *sua sponte*. In accordance with the United States District Court, Southern District of Florida's Administrative Order 2021-33 entered on April 6, 2021, it is hereby,

**ORDERED AND ADJUDGED** that the jury trial in this matter is continued to the two-week trial period beginning **August 2, 2021 at 9:30 a.m.** Calendar Call will be held on **Wednesday, July 28, 2021 at 3:00 p.m.** The delay resulting from this continuance – i.e., from today's date, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall provide the Court with the following:

1. In each case tried before a jury, each party shall file proposed voir dire questions, proposed jury instructions and proposed verdict form(s) three (3) days before commencement of trial. On the first day of trial, counsel shall provide the Court with an email incorporating the proposed jury instructions and verdict form(s) in Word format.

2. All exhibits must be pre-marked. On the first day of trial all parties shall submit a

typewritten exhibit list setting forth the numbers and description of each exhibit.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 28th day of April 2021.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

copies furnished to:
All counsel of record.